# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Alliant Techsystems Operations, LLC | ) | ASBCA No. 61112 |
| | ) | |
| Under Contract No. W91CRB-11-C-0024 | ) | |

APPEARANCES FOR THE APPELLANT:  John G. Horan, Esq.
Thomas F. Rath, Esq.
  Dentons US LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
ChristinaLynn E. McCoy, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 February 2018

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61112, Appeal of Alliant Techsystems Operations, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals